# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

JAIME R. LEMUS AND CHRISTINA L. ANDRADE-LEMUS,

    Plaintiffs,

    v.

FORD MOTOR COMPANY,

    Defendant.

Case No.:    2:25-cv-00970-DJC-SCR

Hon. Judge Daniel J. Calabretta
Hon. Magistrate Judge Sean C. Riordan

**ORDER GRANTING FIRST JOINT STIPULATION TO CONTINUE SCHEDULING ORDER DEADLINES AND DATES (ECF 12)**

Case Removed: March 28, 2025
Trial Date: January 11, 2027 at 8:30 a.m.

1

ORDER

The Court, having considered the First Joint Stipulation to Continue Scheduling Order Deadlines and Dates ("Stipulation"), filed by the Parties, and upon finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The following dates and deadlines are hereby vacated:

    a. Close of fact discovery: February 13, 2026;

    b. Initial Expert Reports: February 27, 2026;

    c. Rebuttal Expert Reports: March 6, 2026;

    d. Close of Expert Discovery: April 3, 2026;

    e. Deadline to file Dispositive Motions: May 22, 2026;

    f. Hearing on Dispositive Motions: July 9, 2026 at 1:30 p.m.;

    g. Final Pretrial Conference: October 22, 2026 at 1:30 p.m.; and

    h. Jury Trial January 11, 2027 at 8:30 a.m.

2. The continued dates and deadlines are as follows:

    a. Close of fact discovery: May 13, 2026;

    b. Initial Expert Reports: May 27, 2026;

    c. Rebuttal Expert Reports: June 5, 2026;

    d. Close of Expert Discovery: July 3, 2026;

    e. Deadline to file Dispositive Motions: August 21, 2026;

    f. Hearing on Dispositive Motions: October 8, 2026 at 1:30 p.m.;

    g. Final Pretrial Conference: February 11, 2027 at 1:30 p.m.; and

    h. Jury Trial April 12, 2027 at 8:30 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 12, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2

ORDER